JS-6

Kathryn J. Halford (CA Bar No. 068141)
Email: khalford@wkclegal.com
Harrison Levy (CA Bar No. 334121)
Email: hlevy@wkclegal.com
**WOHLNER KAPLON CUTLER**
**HALFORD ROSENFELD & LEVY**
16501 Ventura Boulevard, Suite 304
Encino, CA  91436
Telephone: (818) 501-8030 ext. 331
Facsimile: (818) 501-5306

Attorneys for Plaintiffs, Board of Directors
of the Motion Picture Industry Pension Plan, et al.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>                          Plaintiffs,<br><br>vs.<br><br>SILVERSCREEN PICTURES, INC., a Suspended California corporation,<br><br>                          Defendant. | CASE NO. CV 22-4238-GW-AGRx<br><br>**The Hon. George H. Wu**<br><br>**ORDER DISMISSING ACTION PURSUANT TO STIPULATION OF THE PARTIES**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

1     The parties having stipulated and good cause appearing.

2     IT IS HEREBY ORDERED that this action be and is hereby dismissed.

5   DATED: August 26, 2022       _____
                                    THE HON. GEORGE H. WU
                                    UNITED STATES DISTRIST JUDGE